■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MATTHEW J. LEVERICH, Appellant. [24 NYS3d 911]—Application by the defendant for a writ of error coram nobis seeking leave to file a late notice of appeal from a judgment of the County Court, Dutchess County, rendered May 6, 2014.

Ordered that the application is granted, and the defendant's notice of appeal is deemed to have been timely filed.

The defendant has established his entitlement to the relief requested (*see People v Syville*, 15 NY3d 391 [2010]). Dillon, J.P., Cohen, Maltese and Barros, JJ., concur.